Peter J. Schulz, Esq. (SBN 167646)
pjs@sbrlawsd.com
Priscilla Dababneh, Esq. (SBN 334385)
pd@sbrlawsd.com
SCHULZ BRICK & ROGASKI
600 West Broadway, Suite 960
San Diego, California 92101
Tel: (619) 234-3660
Fax: (619) 234-0626

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN CECENA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br>a Minnesota corporation,<br><br>Defendant. | Case No.: '22CV1308 RSH AHG<br><br>**TARGET CORPORATION'S NOTICE OF REMOVAL** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, Defendant TARGET CORPORATION ("TARGET"), a Minnesota corporation, through its undersigned counsel, hereby removes to this Court the State Court action described herein and pleads the following grounds for removal:

1. This action was commenced on or about July 21, 2022, by the filing of a complaint against TARGET in the Superior Court of the State of California, San Diego County, entitled <u>Herman Cecena, v. Target Corporation, et al.</u>, Case No. 37-2022-00028710-CU-PO-CTL (the "State Court action").

2. Plaintiff HERMAN CECENA was a guest at the TARGET store located

1  at 935 Sweetwater Rd. Ste 101, Spring Valley, California, where he claims he sustained
2  injuries when he slipped on a wet substance and an ornament fell on the ground.

3        3.     The State Court action complaint, on its face, sought an unspecified
4  amount of economic and non-economic damages.  Plaintiff served his complaint
5  on TARGET on August 05, 2022.  True and correct copies of the summons and
6  complaint in the State Court action are attached hereto as **Exhibit "A."**

7        4.     Plaintiff HERMAN CECENA made a demand of $750,000 on June 15,
8  2022.  A true and correct copy of the email demand is attached hereto as **Exhibit "B."**

9        5.     It has been held that a settlement demand is relevant evidence of the
10 amount in controversy "if it appears to reflect a reasonable estimate of plaintiff's
11 claim."  See <u>Cohn v. PetSmart, Inc.</u> (9th Cir. 2002) 281 F.3d 831, 840; <u>Addo v.
12 Globe Life & Acc. Ins. Co.</u> (5th Cir. 2000) 230 F.3 759, 761 – post-complaint letter
13 from plaintiff's attorney, offering to settle action for more than $75,000, gave notice
14 that action was removable.  Even if the settlement letters are privileged under state
15 law, they may still serve as a "paper" triggering the removal clock.  See <u>Babasa v.
16 Lens Crafters, Inc.</u> (9th. Cir. 2007) 498 F.3d 972, 974.

17       6.     TARGET was served with the summons and complaint on or about
18 August 05, 2022, and on August 30, 2022, TARGET filed an answer to the
19 complaint in the State Court action.  A true and correct copy of Target's answer is
20 attached hereto as **Exhibit "C."**

21       7.     Upon information and belief, Plaintiff was, at the time the complaint
22 was filed, and still is, an individual residing in the state of California, and is
23 therefore deemed citizens of California.

24       8.     TARGET, the only defendant named in the complaint, was, at the time
25 the complaint was filed, and still is, a corporation organized and existing under the
26 laws of the State of Minnesota, with its principal place of business in Minneapolis,
27 Minnesota, and is therefore deemed a citizen of Minnesota.

28       9.     Because the only real and substantial parties to this litigation were

and are citizens of the states of California and Minnesota, and not the same state, complete diversity of citizenship of the parties exists.

10. Plaintiff alleges that as a result of TARGET's negligence, he was injured and sustained damages totaling over $750,000. By way of these claims, the amount in controversy exceeds $75,000, exclusive of interest and costs.

11. TARGET first received notice of this lawsuit August 05, 2022. Therefore, this case became subject to removal within one year of TARGET's first notice and this Notice of Removal was filed within 30 days of service of the lawsuit.

12. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00. In addition, this is an action which may be removed pursuant to 28 U.S.C. § 1441(a).

13. TARGET will promptly file a removal notice, together with a copy of the instant Notice of Removal, with the Clerk of the Superior Court of the State of California, San Diego County, and will serve written notice on counsel of record for Plaintiff.

14. WHEREFORE, for the foregoing reasons, TARGET hereby gives notice that the referenced action is removed in its entirety from the Superior Court for the State of California, San Diego County, to the United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446.

Dated: August 31, 2022         SCHULZ BRICK & ROGASKI

                               By: *s/ Peter J. Schulz*
                                   Peter J. Schulz, Esq.
                                   Priscilla Dababneh, Esq.
                                   Attorneys for Defendant
                                   TARGET CORPORATION